UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

MICHAEL STADLER

        PLAINTIFF

v.

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY

        DEFENDANT.

**DECISION AND ORDER**

**Civil Action No. 03-CV-6448L**



    On September 29, 2008, plaintiff, in this action for Social Security benefits, moved for an order awarding attorney's fees pursuant to 42 USC §406(b)(1)(Dkt. #12). Plaintiff's attorney seeks fees in the amount of $10,534.75 on the basis of a contingent-fee agreement between plaintiff and plaintiff's attorney, William J. McDonald, Jr., Esq. By letter dated October 7, 2008, defendant Michael J. Astrue, Commissioner of Social Security, advised that he does not oppose the motion. (Dkt. #14).

    The Court has reviewed plaintiff's motion and the contingent-fee agreement between plaintiff and counsel. I find that the agreement and the requested award are reasonable under 42 USC §406(b)(1)(A) and *Gisbrecht v. Barnhart* 535 US 789, 808 (2002).

    Accordingly, plaintiff's motion for attorney's fees in the amount of $10,534.75 pursuant to 42 USC §406(b)(1) is **GRANTED**. The award is to be made payable to William J. McDonald, Jr., Esq., attorney for plaintiff. Upon receipt of this award, McDonald is ordered to pay to the plaintiff, Michael Stadler, $4,837.00, which is the amount of the previous award of counsel fees pursuant to the Equal Access to Justice Act.

IT IS SO ORDERED.

DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
October 15, 2008